UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Leslie Mercado, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 24-CV-10423-AK |
| v. ) | |
| ) | |
| Martin O'Malley., ) | |
| ) | |
| Defendant. ) | |

**ORDER OF DISMISSAL**

**ANGEL KELLEY, D.J.**

In accordance with the Court's Order [Dkt. 16] entered on 8/20/24, it is

hereby **ORDERED** that the above-entitled action be, and hereby is, **DISMISSED**.

Dated: 8/20/2024                                                                            By the Court,

                                                                                  /s/ Courtney Horvath
                                                                                  Deputy Clerk